UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA ZLOTUCHA,

        Plaintiff,

v.

        Case No. 1:09-cv-1082

        HONORABLE PAUL L. MALONEY

FORD MOTOR COMPANY AND
FORD MEDICAL PLAN,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Ford Motor Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Ford Motor Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 29, 2010         /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge