UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA ZLOTUCHA, ET AL.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-1082

## ORDER OF RECUSAL

I must recuse myself from this matter under 28 U.S.C. § 455(a) and (b)(5)(i) from further participation in this case, due to a corporate disclosure statement having revealed a conflict. Pursuant to Administrative Order 07-193, the Clerk's Office shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date: April 12, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge